Stephen Montoya (#011791)
**MONTOYA, LUCERO & PASTOR, P.A.**
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
stephen@montoyalawgroup.com
*Attorneys for Plaintiff*

Debora L. Verdier (AZ 018676)
DVerdier@cavanaghlaw.com
Chrisanne M. Gultz (AZ 034482)
CGultz@cavanaghlaw.com
**THE CAVANAGH LAW FIRM, P.A.**
1850 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
Phone: (602) 322-4000
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Michelle Hernandez,<br><br>    Plaintiff,<br><br>  v.<br><br>The City of Phoenix, an Arizona municipal corporation,<br><br>    Defendant. | Case No.: 2:23-CV-00516-DWL<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Michelle Hernandez and Defendant The City of Phoenix hereby notify this Court that they have reached a settlement of all claims in this case. The parties anticipate they will document the settlement and file a Stipulation to Dismiss with Prejudice within 30 days.

/ / /

/ / /

/ / /

1

1       **RESPECTFULLY SUBMITTED** this 31st day of August, 2023.

2   **MONTOYA, LUCERO & PASTOR, P.A.**   **THE CAVANAGH LAW FIRM, P.A.**

3   By: */s/ Stephen Montoya (w/ permission)*   By: */s/ Debora L. Verdier*

4      Stephen Montoya                        Debora L. Verdier

5      *Attorneys for Plaintiff Michelle*        Chrisanne M. Gultz
       *Hernandez*                              *Attorneys for Defendant City of Phoenix*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2023, I electronically filed the foregoing, using the CM/ECF system, which served the following CM/ECF participants:

Stephen Montoya
MONTOYA, LUCERO & PASTOR, P.A.
3200 N. Central Ave., Ste. 2550
Phoenix, AZ 85012
stephen@montoyalawgroup.com
*Attorneys for Plaintiff*

By: */s/ Lacey M. Bommarito*