IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michelle Hernandez, | No. CV-23-00516-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendant. | |

The Court having received notice that this case has settled (Doc. 16),

**IT IS ORDERED** that the Clerk of Court shall, without further notice, **DISMISS** this entire case on October 26, 2023, and shall enter judgment accordingly, unless *prior thereto* a party files a request for reinstatement on the Court's trial calendar.

**IT IS FURTHER ORDERED** that all deadlines and hearings are vacated and that all pending motions are denied as moot.

Dated this 26th day of September, 2023.

_____
Dominic W. Lanza
United States District Judge