1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9    Michelle Hernandez,                          **NO. CV-23-00516-PHX-DWL**

10                     Plaintiff,

11    v.                                           **JUDGMENT OF DISMISSAL IN A**
                                                   **CIVIL CASE**
12    City of Phoenix, et al.,

13                     Defendant.

14

15          **Decision by Court.**  This action came for consideration before the Court.  The

16    issues have been considered and a decision has been rendered.

17          IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed

18    September 26, 2023, and no request for reinstatement having been filed, the complaint

19    and action are dismissed.

20                                               Debra D. Lucas
                                                 District Court Executive/Clerk of Court
21

22    November 30, 2023

23                                               s/ Wendy Poth
                                            By   Deputy Clerk
24
25
26
27
28